**Joshua Mitch JOHNSON,**
**Plaintiff—Appellant,**

v.

**Gene JOHNSON, Director of the Virginia Department of Corrections; John Jabe, Deputy Director of the Virginia Department of Corrections; Gary Bass, Chief of Classification of the Virginia Department of Corrections; Doris L. Ewing, former Senior Manager for Courts and Legal Services for the Virginia Department of Corrections; Wendy K. Brown, Senior Manager for Courts and Legal Services for the Virginia Department of Corrections, Defendants—Appellees.**

**No. 09–7454.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 24, 2009.

Joshua Mitch Johnson, Appellant Pro Se.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Mitch Johnson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A (b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Johnson,* No. 7:09–cv–00207–gec–mfu, 2009 WL 2337994 (W.D.Va. July 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*